# Exhibit H

PUBLICATIONS & NEWSLETTERS

# AMA Principles of Medical Ethics

## Preamble

The medical profession has long subscribed to a body of ethical statements developed primarily for the benefit of the patient. As a member of this profession, a physician must recognize responsibility to patients first and foremost, as well as to society, to other health professionals, and to self. The following Principles adopted by the American Medical Association are not laws, but standards of conduct that define the essentials of honorable behavior for the physician.

## AMA Code of Medical Ethics

Visit the Code of Medical Ethics page to access Opinions, the Principles of Medical Ethics and a list of CME courses that are available.

**Review the Code Opinions**

## Principles of Medical Ethics

1 ) A physician shall be dedicated to providing competent medical care, with compassion and respect for human dignity and rights.

2 ) A physician shall uphold the standards of professionalism, be honest in all professional interactions, and strive to report physicians deficient in character or competence, or engaging in fraud or deception, to appropriate entities.

3 ) A physician shall respect the law and also recognize a responsibility to seek changes in those requirements which are contrary to the best interests of the patient.

4 ) A physician shall respect the rights of patients, colleagues, and other health professionals, and shall safeguard patient confidences and privacy within the